UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:23-CV-00325-GNS

NORTH AMERICAN COMPANY FOR LIFE
AND HEALTH INSURANCE                                                                                      PLAINTIFF

v.

GREGORY RIGGS                                                                                              DEFENDANT

## **JUDGMENT**

This matter having come before the Court on Plaintiff's Motion for Default Judgment (DN 11), and the Court on this date having issued its Order granting the motion.

**IT IS HEREBY ORDERED** that judgment be entered in favor of Plaintiff consistent with the Court's Order.

This is a final and appealable order.

Greg N. Stivers, Chief Judge
United States District Court

March 28, 2024

cc:   counsel of record
      Gregory Riggs, *pro se*